# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141908(30)

KIM TERLIKOWSKI, Personal Representative
of the Estate of DENISE MARIE DURFEE,
Deceased,
            Plaintiff-Appellee,

v

                                       SC: 141908
                                       COA: 296555
                                       Wayne CC: 09-024394-NH

THOMAS M. PINSON, D.O. and CITY MEDICAL,
P.C.,
            Defendants-Appellants.
_____/

      On order of the Court, the motion for reconsideration of this Court's June 29, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      MARKMAN, J., would grant reconsideration and, on reconsideration, would remand this case to the Court of Appeals for consideration as on leave granted.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011

d1017

                                         Clerk